UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICENTE GONZALEZ-DE LUNA,<br><br>　　　　Defendant. | Case No.:  14CR0178-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the three-count Indictment in Criminal Case No. 14CR0178-WQH against defendant VICENTE GONZALEZ-DE LUNA be, and hereby is, dismissed;

　　IT IS SO ORDERED.

DATED: 11/17/14

HON. WILLIAM Q. HAYES
United States District Judge